Opinion issued December 14, 2006










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00741-CV






STEVEN DAVID MOSHER, Appellant


V.


JOHANNA CHAMBERS, Appellee






On Appeal from the 245th District Court

Harris County, Texas

Trial Court Cause No. 2005-6154






MEMORANDUM OPINION Appellant Steve David Mosher has neither established indigence, nor paid all
the required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases
unless indigent), 20.1 (listing requirements for establishing indigence); see also Tex.
Gov't Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon Supp. 2006) (listing fees
in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in court of appeals). 
After being notified that this appeal was subject to dismissal, appellant Steven David
Mosher did not adequately respond. See Tex. R. App. P. 5 (allowing enforcement of
rule); 42.3(c) (allowing involuntary dismissal of case).

 The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Higley.